# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. McCULLOCK, | 1:08-cv-0708 LJO DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF MANDAMUS |
| v. | [Doc. 1] |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner and currently in custody at the Pleasant Valley State Prison in Coalinga, California.

On June 27, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Mandamus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On July 11, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 27, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Mandamus is DISMISSED; and,

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   August 5, 2008**                        /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE